| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Ensure Items 1, 2, and 3 are completed.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent<br>                                  ☐ Addressee | |
| | B. Received By: (Printed Name) | C. Date of Delivery<br>10-26-18 |
| 1. Article Addressed to:<br><br>Boatright Company, Inc.<br>C/o Any Officer or Agent<br>653 Black Creek Road<br>Birmingham AL 35217-1180<br><br>Case # 2:18-cv-01754-JHE | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:        ☐ No<br><br>2018 NOV -6  A [illegible]<br><br>[illegible] | |
| [barcode]<br>9490 9118 9956 0756 2718 28 | 3. Service Type<br><br>☑ Certified Mail® | |
| 2. Article Number (Transfer from service label)<br>9414 7118 9956 0756 2718 62 | | |
| PS Form 3811 Facsimile, July 2015 (SDC 3930) | | Domestic Return Receipt |

FILED
2018 Nov-06  PM 02:46
U.S. DISTRICT COURT
N.D. OF ALABAMA