FILED
2019 Oct-18  PM 06:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **TERRY PAGE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| **v.** ) | **2:18-cv-01754-JHE** |
| ) | |
| **BOATRIGHT COMPANY, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT MOTION FOR EXTENSION

COME NOW the parties in the above-referenced matter and jointly move the Court for an extension of certain deadlines as further noted herein:

1. Plaintiff filed his Complaint on or about October 23, 2018, alleging violations of the Fair Labor Standards Act. Defendant timely served its response on January 9, 2019.

2. The Court entered its Scheduling Order (doc.19) on February 1, 2019, establishing certain deadlines including the following:

| Task | Deadline |
|---|---|
| Discovery | October 31, 2019 |
| Dispositive Motions | December 2, 2019 |
| Pretrial Conference | January 2020 (to be set by separate order) |
| Ready for Trial | February 2020 (to be set by separate order) |

3. Although the parties have engaged in preliminary discovery, the parties have not yet completed written discovery or completed depositions in this matter, in part, because the parties are evaluating whether this matter can be resolved.

4. The undersigned Plaintiff's counsel also is sole counsel in the matter of *Richard Mauro v. RCF, LLC*, Case No. 5:16-cv-01617-MHH, set for pre-trial and trial with dates to be determined. Additionally, undersigned Plaintiff's counsel is lead counsel for the plaintiffs in the matter of *Jacqueline Cooley v. HMR of Alabama, Inc*. 4:16-cv-01432-ACA, which is due to begin depositions for approximately forty-three plaintiffs and an equal or greater number of Defendant's witnesses.

5. Accordingly, the parties request that the Court extend the applicable deadlines as noted below, by approximately one hundred twenty (120) days, to allow time for Defendant to obtain the necessary records to conduct a thorough examination of Plaintiff at deposition.

| Task | Proposed New Deadline |
| --- | --- |
| Discovery | February 28, 2020 |
| Dispositive Motions | April 13, 2020 |
| Pretrial Conference | May 2020 (to be set by separate order) |
| Ready for Trial | June 2020 (to be set by separate order) |

6. This extension is not sought merely for delay but so that justice may be served.

7. The parties further requests that the Court award them any further and additional relief to which it may be justly entitled.

Respectfully Submitted,

/s/ *Allen D. Arnold*                                   /s/ *Michael L. Thompson*

| Allen D. Arnold, Esq.<br>A Member of the Five Points Law Group, LLC<br>2151 Highland Avenue, Suite 205<br>Birmingham, AL 35205<br>(205) 252-1550<br>Email: allen@5pointslaw.com<br>*Counsel for Plaintiff* | Michael L. Thompson, Esq.<br>ASB-5417-O46M<br>Lehr Middlebrooks Vreeland & Thompson, PC<br>P. O. Box 11945<br>Birmingham, AL 35202-1945<br>(205) 326-3002<br>Email: mthompson@lehrmiddlbrooks.com<br>*Counsel for Defendant* |

656938.docx